IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JACOB SAATHOFF, KATHY SAATHOFF, and KELSEY MARKOU, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 13-02253 |
| | ) |
| CITY OF CHAMPAIGN, ILLINOIS and OFFICER ANDRE DAVIS (officer # 7786), | ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS COUNTS II AND V OF COMPLAINT

NOW COMES the Defendant, CITY OF CHAMPAIGN, by its attorney, David E. Krchak, and under Federal Rule of Civil Procedure 12(b)(6), moves to dismiss Counts II and V contained in the Complaint, and in support of said motion, states as follows:

1. Count II of the Complaint alleges that Defendant, CITY OF CHAMPAIGN, had an established custom or policy which deprived Plaintiffs of their rights under the Fourth Amendment in violation of 42 U.S.C. §1983.  The facts alleged establish, at best, that there was a single instance of a constitutional violation which is inadequate for proceeding against this Defendant on this theory.

2. Count V alleges that Defendant, CITY OF CHAMPAIGN, is liable under a theory of *respondeat superior*.  Illinois law does not recognize a distinct cause of action for *respondeat superior*.

WHEREFORE, the Defendant, CITY OF CHAMPAIGN, prays that Counts II and V of the Complaint be dismissed with prejudice and for costs.

> Respectfully submitted,
>
> CITY OF CHAMPAIGN, ILLINOIS, Defendant
>
> BY:  THOMAS, MAMER & HAUGHEY, LLP
> s/ David E. Krchak
>
> BY:  _____
> David E. Krchak, Bar No. 3127316
> THOMAS, MAMER & HAUGHEY, LLP
> 30 Main St., Suite 500
> P.O. Box 560
> Champaign, IL  61824-0560
> Phone: (217) 351-1500
> Fax:    (217) 351-2169
> krchak@tmh-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to Stephen F. Hedinger.

> s/ David E. Krchak
> _____
> David E. Krchak, Bar No. 3127316
> THOMAS, MAMER & HAUGHEY, LLP
> 30 Main St., Suite 500
> P.O. Box 560
> Champaign, IL  61824-0560
> Phone: (217) 351-1500
> Fax:    (217) 351-2169
> krchak@tmh-law.com