UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JACOB SAATHOFF, KATHY SAATHOFF, and KELSEY MARKOU,<br><br>Plaintiffs,<br>v.<br><br>CITY OF CHAMPAIGN, ILLINOIS, and OFFICER ANDRE DAVIS,<br><br>Defendants. | Case No. 13-CV-2253 |

## ORDER

A Report and Recommendation (#22) was filed by Magistrate Judge David G. Bernthal in the above cause on June 6, 2014. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#22) is accepted by this court.

(2) The Motion to Dismiss Counts II and V of Complaint (#9) is DENIED.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 30th day of June, 2014.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE