IN THE UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JACOB SAATHOFF, KATHY SAATHOFF, and KELSEY MARKOU, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHAMPAIGN, ILLINOIS and OFFICER ANDRE DAVIS (officer # 7786), <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 13-cv-02253 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' PROPOSED VOIR DIRE

1. Have you ever worked for the City of Champaign? Do you have any family members or close friends who have worked for, or do work for, the City of Champaign?

2. Have you ever worked for any police department, sheriff's department or correctional center? Do you have any family members or close friends who have worked for any police department, sheriff's department, or correctional center?

3. Do you have a regular source for obtaining news and information (i.e., specific magazines, newspapers, or television channels or programs)? If so, which ones?

4. Are you interested in news coverage about the police?

5. Do you have an opinion or impression of police in general, or City of Champaign police in particular?

6. Have you ever lived in the City of Champaign?

7. Would any of you be more inclined to believe a law enforcement officer over someone else?

8. Have you or has a member of your family or friend of yours ever been a victim of a crime?

9. Have you or do you know if a member of your family or a friend has ever had to call the police for help? In these circumstances, do you believe the police responded in a professional and appropriate manner?

10. Do you have any opinions about how the media portrays the Champaign Police Department?

11. Do you participate in any volunteer work? If so, please describe.

12. What are your favorite television programs?

13. Do you think that people who believe they have been treated illegally or unfairly have a right to bring lawsuits against a government agent, including a police officer, who is responsible for the illegal or unfair treatment? Please explain.

14. Have you or any member of your family ever been a party to a lawsuit? What was the nature of the action? Were you a plaintiff or defendant? What was the final result? Did anything occur during that litigation that affected the way you view our legal system?

15. Do you have any opinions about civil lawsuits or monetary damages, either pro or con?

16. If plaintiffs are able to prove the case under the instructions that the Judge provides, would you have any issues about awarding damages for emotional suffering?

17. Is there anything that you believe could affect your ability to be fair and impartial to all parties in this case that I have not asked you about?

18. Would you want someone like yourself on a jury if you were being a plaintiff or defendant in a lawsuit? How about in a case that involved the police?

19. Do you know, or know anything about, the following individuals: Jacob Saathoff, Kathy Saathoff, Kelsey Markou, Tyrone Jones, Andre Davis, Matthew Crane, Dr. Steve Jacobs, Paul Lance, Raymond Fletcher, "Spud" Allen, Dr. Adam Stern, Stephanie Joos, Jon Swenson, or Anthony Cobb?

20. Do you know, or have you ever had dealings with, any of the following attorneys or law firms: Thomas Yu, David Krchak, Samuel Rosenberg, Thomas, Mamer & Haughey, LLP, Stephen Hedinger, Sorling Northrup?

21. Do you own a pet? If so, what kind, and how long have you had it?

22. Have you ever owned a dog? If so, state how many, how long, and the type of dog?

Respectfully submitted,

JACOB SAATHOFF, KATHY SAATHOFF and KELSEY MARKOU, Plaintiffs

s/Stephen Hedinger

Stephen F. Hedinger (#6198999)
Attorneys for Plaintiffs
Sorling Northrup
1 North Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL 62705
Telephone: (217) 544-1144
Facsimile: (217) 522-3173
E-Mail: sfhedinger@sorlinglaw.com