## 7.18 QUALIFIED IMMUNITY

If you find that Plaintiffs have proved each of the elements of unreasonable seizure by a preponderance of the evidence, you must then consider Defendant's affirmative defense that his conduct was protected by qualified immunity. To succeed on this affirmative defense, Defendant must prove each of the following things by a preponderance of the evidence.

1. It was reasonable for Officer Davis to believe that shooting Plaintiffs' dog was lawful in light of the information he possessed at the time.

If you find that Defendant has proved this by a preponderance of the evidence then your verdict should be for Defendant. If Defendant has not proved this by a preponderance of the evidence, you should turn to the issue of Plaintiffs' damages.

Jury Instruction No. \_\_\_\_\_

\_\_\_\_ Given
\_\_\_\_ Rejected
\_\_\_\_ Withdrawn
\_\_\_\_ Objected to

Source: Modified Seventh Circuit Pattern Jury Instruction 7.18; see *Phillips v. Cmty. Ins. Corp.*, 678 F.3d 513, 527-28 (7th Cir.2012), citing *Omdahl v. Lindholm*, 170 F.3d 730, 733 (7th Cir.1999).

**7.23 DAMAGES: COMPENSATORY**

If you find in favor of Plaintiffs, then you must determine the amount of money that will fairly compensate Plaintiffs for any injury that you find they sustained as a direct result of the unreasonable seizure. These are called "compensatory damages".

Plaintiffs must prove their damages by a preponderance of the evidence. Your award must be based on evidence and not speculation or guesswork. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of injury, even if they are not easy to measure.

You should consider the following types of compensatory damages, and no others:

1. The damage to property, determined by the fair market value of the property immediately before the unreasonable seizure.

2. The emotional pain and suffering that Plaintiffs have experienced. No evidence of the dollar value of emotional pain and suffering has been or needs to be introduced. There is no exact standard for setting the damages to be awarded on account of pain and suffering. You are to determine an amount that will fairly compensate the Plaintiffs for the injury sustained

If you find in favor of Plaintiffs but find that the Plaintiffs have failed to prove compensatory damages, you must return a verdict for Plaintiffs in the amount of one dollar ($1.00).

Jury Instruction No. _____

____ Given
____ Rejected
____ Withdrawn
____ Objected to

Source: Modified Seventh Circuit Pattern Jury Instruction 7.23; see ILLINOIS PATTERN INSTRUCTIONS (CIVIL) Sec. 30.15