UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Randy T Green
                        Plaintiff,

v.                                       Case No.: 1:13−cv−04629
                                                  Honorable Milton I. Shadur

Chad Barden, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2013:

      MINUTE entry before the Honorable Milton I. Shadur: This Court accepts plaintiff's notice of acceptance of the Rule 68 offer of judgment and enters judgment on behalf of the plaintiff in the amount of $75,000.00. The Clerk is directed to enter judgment. Status hearing set for 12/5/2013 is vacated. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.