# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DEIRDRE WRIGHT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DES MOINES, et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C12-1962JLR |

\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to Federal Rule of Civil Procedure 68 and the court's April 19, 2013, order granting the parties' stipulation (*see* Stip. Ord. (Dkt. # 31) at 3), the court hereby dismisses Defendants Graddon and Weiland with prejudice and enters judgment against Defendant City of Des Moines in the amount of $101,162.78. The court further notes that the parties have stipulated that the City of Des Moines has already satisfied this

//

//

//

//

judgment by tendering $101,162.78 to Adam P. Karp Law Offices for the benefit of

Plaintiffs on April 15, 2013. (*See* Dkt. ## 30, 31.)

    Filed this 19th day of April, 2013.

                                              WILLIAM M. MCCOOL  
                                              Clerk of Court

                                              s/Mary Duett_____  
                                              Deputy Clerk