# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| Thomas Russell, III, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10 C 525 |
| City of Chicago, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)*.

☒ other:

Judgment entered on the jury verdict. Court enters judgment against defendants and in favor of plaintiffs Thomas Russell III, Darren Russell, Darcel Russell and Thomas Russell II in the amount of $175,000.00, 85,000.00, 35,000.00 and 35,000.00, respectively. Court enters judgment as to punitive damages in favor of plaintiffs and against defendant Antonsen in the amount of $2,000.00 and against defendant Murphy in the amount of $1,000.00.

This action was *(check one)*:

☒ tried by a jury with Judge George M. Marovich presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: Aug. 18, 2011

Michael W. Dobbins, Clerk of Court

/s/ Carol Wing, Deputy Clerk