AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

SAATHOFF, et al. vs. DAVIS

## EXHIBIT AND WITNESS LIST

Case Number: 13-2253

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Colin Stirling Bruce | Stephen Hedinger | Thomas Yu |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/7/15-7/9/15 | Area Wide | TC |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/7/15 | X | X | AKC Pedigree Documentation; Jacob Saathoff |
| 2A | | 7/7/15 | X | X | Photo of Dog with Jacob Saathoff's son; Jacob Saathoff TO JURY |
| 2B | | 7/7/15 | X | | Photo of Dog; Jacob Saathoff |
| 2C | | 7/7/15 | X | | Photo of Dog; Jacob Saathoff |
| 2D | | 7/7/15 | X | | Photo of Dog; Jacob Saathoff |
| 2E | | 7/7/15 | X | | Photo of Dog; Jacob Saathoff |
| 2F | | 7/7/15 | X | X | Photo of Dog in Chair; Jacob Saathoff TO JURY |
| 2G | | 7/7/15 | X | X | Photo of Dog and Boo with Kelsey Marcou; Jacob Saathoff TO JURY |
| 7 | | 7/7/15 | X | X | Dog's Leather Collar with Tags; Jacob Saathoff TO JURY |
| 8 | | 7/7/15 | X | X | Dog's Metal Pinch Collar with Attached Black Leash; Jacob Saathoff TO JURY |
| 9A | | 7/8/15 | X | X | Officer Andre Davis' Police Report of 11/17/12 Incident; Andre Davis REDACTED VERSION TO JURY (maintaining original & redacted copies w/record) |
| 15B | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15C | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15D | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15E | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15F | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15G | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15H | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15I | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15J | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15K | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

**EXHIBIT AND WITNESS LIST**

SAATHOFF, et al. vs. DAVIS

Case Number: 13-2253

| PRESIDING JUDGE<br>Colin Stirling Bruce | PLAINTIFF'S ATTORNEY<br>Stephen Hedinger | DEFENDANT'S ATTORNEY<br>Thomas Yu |
|---|---|---|
| TRIAL DATE (S)<br>7/7/15-7/9/15 | COURT REPORTER<br>Area Wide | COURTROOM DEPUTY<br>TC |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 15L | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15M | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| 15N | | 7/7/15 | X | X | CPD Photo of Scene Evening of 11/17/12; Jacob Saathoff TO JURY |
| | | | | | |
| | | | | | |
| | 1A | 7/7/15 | X | X | Photo of Dog at Scene Evening of 11/17/12 taken by Jacob Saathoff's cell ph; Jacob Saathoff TO JURY |
| | 1B | 7/7/15 | X | X | Photo of Dog at Scene Evening of 11/17/12 taken by Jacob Saathoff's cell ph; Jacob Saathoff TO JURY |
| | 1C | 7/7/15 | X | X | Photo of Dog at Scene Evening of 11/17/12 taken by Jacob Saathoff's cell ph; Jacob Saathoff TO JURY |
| | 1D | 7/7/15 | X | X | Photo of Dog at Scene Evening of 11/17/12 taken by Jacob Saathoff's cell ph; Jacob Saathoff TO JURY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of ___2___ Pages