# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| JACOB SAATHOFF, KATHY SAATHOFF, and KELSEY MARKOU,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CHAMPAIGN, ILLINOIS, and OFFICER ANDRE DAVIS, Officer #7786,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 13-2253 |

### AMENDED JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant Officer Andre Davis and against Plaintiffs, plus costs of suit in the amount of $2,898.86.

   **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant City of Champaign, Illinois, was terminated on 5/20/15 per Court Order.

**Dated: 8/3/2015**

                              s/ Kenneth A. Wells
                              Kenneth A. Wells
                              Clerk, U.S. District Court